# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1780
_____

Dewayne Barnes

*Plaintiff - Appellant*

v.

Sentry Management, Inc.; The St. Regis Apartments, Inc.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: April 24, 2019
Filed: May 23, 2019
[Unpublished]

_____

Before ERICKSON, BOWMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In this Title VII action, Dewayne Barnes appeals after the district court[1] granted motions to dismiss filed by Sentry Management, Inc. ("Sentry") and The

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

St. Regis Apartments, Inc. ("St. Regis").  Upon careful de novo review, we conclude the district court did not err in granting the motions to dismiss.  *See Kelly v. City of Omaha*, 813 F.3d 1070, 1075 (8th Cir. 2016) (standard of review).  We first agree with the district court that the claims against St. Regis were time-barred.  *See* 42 U.S.C. § 2000e-5(f)(1) (setting forth 90-day period to file suit following receipt of right-to-sue notice).  We further agree that Barnes failed to allege sufficient facts to support a plausible claim against Sentry under Title VII.  *See Ashcroft v. Iqbal*, 556 U.S. 662, 678–83 (2009) (discussing plausibility requirement in context of motion to dismiss).

Accordingly, we affirm the judgment.  *See* 8th Cir. R. 47B.  We also deny as moot St. Regis's pending motion to supplement the record.

_____